**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00104-CV

### CPM TRUST, ET AL., Appellants

### V.

### CITY OF PLANO, TEXAS, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03394-2011**

## ORDER

We **GRANT** appellants' October 10, 2014 unopposed third motion for an extension of time to file their reply brief to the brief of appellee The Board of Adjustment of the City of Plano, Texas. We **ORDER** the reply brief tendered this Court on October 10, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE